**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1132**

———————

KIMBERLY T. COOPER,

                                        Plaintiff - Appellant,

        versus

THE CITY OF ROANOKE, VIRGINIA; MICHAEL
WASHINGTON,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-02-673-7)

———————

Submitted:  July 31, 2003          Decided:  September 2, 2003

———————

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John P. Fishwick, Jr., LICHTENSTEIN, FISHWICK & JOHNSON, P.L.C.,
Roanoke, Virginia, for Appellant.  William M. Hackworth, Elizabeth
K. Dillon, CITY ATTORNEY'S OFFICE FOR THE CITY OF ROANOKE, Roanoke,
Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kimberly T. Cooper appeals the district court's order entering summary judgment for Defendants in this Title VII action alleging a sexually hostile work environment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cooper v. City of Roanoke, No. CA-02-673-7 (W.D. Va. Jan. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED